IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH BORREGO,

      Plaintiff,

v.                                                      CV 15-748 WPL/KK

ANDREW CHAVEZ, PAUL LUJAN
and RALPH MEDINA, each in their
Individual Capacity, and THE ESPANOLA
SCHOOL BOARD OF EDUCATION,

      Defendants.

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE (Doc. 4)**

On December 3, 2015, I entered an Order to Show Cause directing Plaintiff Kenneth Borrego to effect service upon the Defendants by January 4, 2016, or to show cause in writing why he failed to do so. (Doc. 4.) Borrego submitted a statement indicating that he has been unable to retain counsel in this matter, but has meetings set up with attorneys through the third week of January. (Doc. 5.) Borrego requested more time to retain counsel. (*Id.*)

Borrego's submission is entirely unresponsive to the Order to Show Cause: retaining counsel is not a prerequisite for effecting service or otherwise complying with Court orders. Borrego was previously warned that failure to respond to the Order to Show Cause would result in the case being dismissed without prejudice.

I will allow Borrego an extra fourteen days to effect service—no later than January 21, 2016. Failure to effect service by this date or submit a written explanation as to why service could not be effected will result in dismissal of this case without prejudice. No further extensions will be granted.

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

IT IS SO ORDERED.

_William P. Lynch_
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.