IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH BORREGO,

    Plaintiff,

v.                                                                    CV 15-748 WPL/KK

ANDREW CHAVEZ, PAUL LUJAN
and RALPH MEDINA, each in their
Individual Capacity, and THE ESPANOLA
SCHOOL BOARD OF EDUCATION,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

On December 3, 2015, I entered an Order to Show Cause directing Plaintiff Kenneth Borrego to effect service upon the Defendants by January 4, 2016, or to show cause in writing why he failed to do so. (Doc. 4.) Borrego submitted a statement indicating that he has been unable to retain counsel in this matter, but has meetings set up with attorneys through the third week of January. (Doc. 5.) Borrego requested more time to retain counsel. (*Id.*) I granted Borrego until January 21, 2016, to effect service or submit a written explanation as to why service could not be effected. (Doc. 6.) It now appearing that Borrego has effected service on three of the four defendants and explained why service could not be effected on the fourth defendant, the Order to Show Cause is quashed.

    IT IS SO ORDERED.

                                                                   William P. Lynch
                                                                     United States Magistrate Judge